# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3633

_____

United States of America,

       Appellee,

v.

Arthur Schuyler Ross,

       Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted:  September 26, 2008
Filed:  October 27, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arthur Ross appeals the district court's[1] order denying his motion for reconsideration.  After careful review, see Broadway v. Norris, 193 F.3d 987, 989 (8th Cir. 1999) (construing motion for reconsideration as Fed. R. Civ. P. 60(b) motion and reviewing for abuse of discretion), we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.